

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
clay.plummer@usdoj.gov
*Attorneys for the United States*

FILED _____    _____ RECEIVED
ENTERED _____    _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 4 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVANNE JAMAUL HEATH,<br> aka "Juvan Eziekial Fuller,"<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:26-cr-*0004-GMN-EJY*<br><br>**VIOLATION:**<br><br>Deported Alien Found in the<br>United States (8 U.S.C. § 1326(a) and (b)) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Deported Alien Found in the United States
(8 U.S.C. § 1326(a) and (b))

On or about March 9, 2025, within the State and Federal District of Nevada,

**JOVANNE JAMAUL HEATH,**
**aka "Juvan Eziekial Fuller,"**

defendant herein, an alien, was found in the United States after having been deported and

removed therefrom on or about April 26, 2018, having reentered and remained in the

United States, and not having obtained the express consent of the Attorney General of the

United States or the Secretary of Homeland Security, to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b).

DATED this 14th day of January, 2026.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Deputy Attorney General of the United States

CLAY A. PLUMMER
Special Assistant United States Attorney

2