**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVANNE JAMAUL HEATH,<br> aka "Juvan Eziekial Fuller,"<br><br>Defendant. | Case No. 2:26-cr-00004-GMN-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report** [Proposed] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the Stipulation for an Order Directing Probation to Prepare a Criminal History Report (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __23rd__ day of ____June____, 2026.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3