RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jovanne Jamaul Heath

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00004-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES** |
| JOVANNE JAMAUL HEATH, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jovanne Jamaul Heath, that the calendar call currently scheduled for July 28, 2026 at 9:00 a.m., and the trial scheduled for August 3, 2026 at 8:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including August 13, 2026, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 27, 2026, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 3, 2026, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The parties have reached a joint agreement. Additional time is needed in order for this case to resolve via a non-trial disposition.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue filed herein.

DATED this 23rd day of June, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Keisha K. Matthews*
KEISHA K. MATTHEWS
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

JOVANNE JAMAUL HEATH,

      Defendant.

Case No. 2:26-cr-00004-GMN-EJY

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  The parties have reached a joint agreement. Additional time is needed in order for this case to resolve via a non-trial disposition.

2.  The defendant is incarcerated and does not object to the continuance.

3.  The parties agree to the continuance.

4.  The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of the discovery materials provided.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

///

///

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including August 13, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including August 27, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including September 3, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 22nd day of ___October___, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for July 28, 2026, at the hour of 9:00 a.m., be vacated and continued to ___October 27, 2026___ at the hour of 9;00 a.m.; and the trial currently scheduled for August 3, 2026, at the hour of 8:30 a.m., be vacated and continued to ___November 2, 2026___ at the hour of 8:30 a.m.

DATED this _23_ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

4